Alayna L. Nicholes, WA Bar No. 40993
Alayna.Nicholes@lewisbrisbois.com
David B. Goon, WA Bar No. 63704
David.Goon@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Phone 971.712.2800
Fax 971.712.2801

*Attorneys for Defendants*
*Ying Lin and Gavin Laughlin*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

KEVIN CRUFF, individually,

Plaintiff,

vs.

YING LIN and GAVIN LAUGHLIN, wife and husband and the marital community composed thereof;

Defendants.

Case No. 2:25-CV-02286-KKE

**STIPULATED GENERAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court upon the stipulation of the parties appearing below on the basis that the parties' claims have been fully settled. The Court, being fully advised as to the premises, does hereby:

ORDER and ADJUDGE that this action is dismissed with prejudice and without costs or fees to any party.

Dated this 12th day of August, 2026.

Kymberly K. Evanson
United States District Judge

**IT IS SO STIPULATED:**

Dated: August 4, 2026.

By: *s/ Sarah E. Fleming*
Sarah E. Fleming, WA Bar No. 43304
GLP ATTORNEYS, P.S., INC.
*Attorneys for Plaintiff*

Dated: August 5, 2026.

By: *s/ Alayna L. Nicholes*
Alayna L. Nicholes, WA Bar No. 40993
David B. Goon, WA Bar No. 63704
LEWIS BRISBOIS BISGAARD & SMITH
*Attorneys for Defendants*



**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801